# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUINTON BEASLEY, #B-69081, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 10-895-GPM |
| ) | |
| RANDY STEPHENS, LEE RYKER, ) | |
| PRISONER REVIEW BOARD, ) | |
| ADMINISTRATIVE REVIEW BOARD, ) | |
| and ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Quinton Beasley shall recover nothing, and the action be **DISMISSED with prejudice**. The parties shall bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: 7/7/2011

                                                        NANCY J. ROSENSTENGEL, CLERK

                                                        By: s/ Tanya Kelley
                                                              Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                     G. PATRICK MURPHY
                     United States District Judge